Rob

| INN - PROB 22<br>Rev. 05/04 | MAGISTRATE JUDGE DENLOW<br><br>TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br><br>0755 2:02CR00050 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Raul Rubio<br><br>JUDGE LEFKOW | DISTRICT<br>Northern District Of Indiana | DIVISION<br>Hammond |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br>Honorable Rudy Lozano | |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br><br>11/22/06 | TO<br><br>11/21/11 |

OFFENSE
Controlled Sub-Sell, Distribute, Or Dispense

# 08CR 0101

**R E C E I V E D**

JAN 1 4 2008

U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___ Northern District of Illinois ___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_12/20/07_
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __Illinois__

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**F I L E D**
2-4-08
FEB 0 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB - 1 2008
Effective Date

_James F. Holderman_
United States District Judge