Rob

| INN - PROB 22 Rev. 05/04 | **MAGISTRATE JUDGE DENLOW** | DOCKET NUMBER *(Tran. Court)* 0755 2:02CR00050 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Raul Rubio | Northern District Of Indiana | Hammond |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Rudy Lozano | |
| JUDGE LEFKOW | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/22/06 | TO 11/21/11 |

| OFFENSE |
|---|
| Controlled Sub-Sell, Distribute, Or Dispense |

**08CR 0101**

RECEIVED JAN 1 4 2008
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Illinois___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/20/07
*Date*                                          *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Illinois___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
FEB 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB - 1 2008
*Effective Date*                                *United States District Judge*

TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
### CRIMINAL DOCKET FOR CASE #: 2:02-cr-00050-RL-APR All Defendants
### Internal Use Only

Case title: USA v. Rubio

Date Filed: 07/03/2002
Date Terminated: 10/24/2002

Assigned to: Judge Rudy Lozano
Referred to: Magistrate Judge Andrew P Rodovich

**Defendant (1)**

**Raul Rubio**
*TERMINATED: 10/24/2002*
*also known as*
Alberto Arellano
*also known as*
Raul Rojas

represented by **H Jay Stevens - FCD**
Federal Community Defenders Inc - SB/IN
Northern District of Indiana
227 S Main St Suite 100
South Bend, IN 46601
574-245-7393
Fax: 574-245-7394
Email: jay_stevens@fd.org
*TERMINATED: 10/24/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By: [signature]
DEPUTY CLERK
Date: 2/14/08

**Pending Counts**

21:846 CONSPIRACY TO DISTRIBUTE CRACK COCAINE
(1)

**Disposition**

deft is hereby committed to the custody of the BOP to be imprisoned for a term of 87 mos for each of docket numbers 2:01 cr 132 and 2:02 cr 50-01. Terms of inprisonment to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 yrs on each of docket number 2:01 cr 132-01 and 2:02 cr 50-01, to be served concurrently. Deft to pay a special assessment of $200 due immed. No fine imposed. Deft is remanded to the custody of the U SM

for imposition of sentence. Julie Churchill, Court Reporter

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |

None

---

**Plaintiff**

**United States of America**
*TERMINATED: 10/24/2002*

represented by **Toi Denise Houston - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: toi.houston@usdoj.gov
*TERMINATED: 10/24/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2002 | 1 | RULE 20 consent to transfer from Western District of Michigan, Southern Division Case # 1:01-CR-163 as to Raul Rubio (cc: USA) (efc) (Entered: 07/16/2002) |
| 07/03/2002 | 1 | SUPERSEDING indictment by USA; (filed on 8/09/01 in the W/D of MI) counts filed against Raul Rubio (1) count(s) 1 (efc) (Entered: 07/16/2002) |
| 07/19/2002 | 2 | APPEARANCE for defendant Raul Rubio by Attorney H Jay Stevens (efc) (Entered: 07/19/2002) |
| 07/19/2002 | 3 | NOTICE by defendant Raul Rubio of related action pursuant to L.R. 40.1 (d) (efc) (Entered: 07/19/2002) |
| 07/19/2002 | 3 | MOTION to transfer (this matter to Judge Rudy Lozano) by Raul Rubio (efc) (Entered: 07/19/2002) |
| | | |

| | | |
|---|---|---|
| 07/25/2002 | 4 | MINUTES: INITIAL APPEARANCE ON RULE 20 TRANSFER held 7/25/02 before Mag Judge Andrew P. Rodovich. initial appearance of Raul Rubio ; without counsel. Govt rep by Daniel Bella, AUSA. Eric Johnston, PTS. Dft advised of Constitutional Rights, Charge and Penalties. Dft Req Crt-appt cnsl. Granted. Court appoints Jay Stevens to represent dft. Court Grants motion to transfer (this matter to Judge Rudy Lozano) [3-1] case reassigned to Judge Rudy Lozano. Dft has been detained in cause number 2:01-CR-132 and is not entitled to bond. Change of Plea Hearing to be held before Judge Lozano. Notice setting date and time will follow. Dft REMANDED. (jrh) (Entered: 07/25/2002) |
| 07/25/2002 | | (Court only) Docket Modification (Utility) (jrh) (Entered: 07/25/2002) |
| 07/25/2002 | | (Court only) Docket Modification (Utility) case reassigned to Judge Rudy Lozano (jrh) (Entered: 07/25/2002) |
| 07/30/2002 | 5 | ORDER by Judge James T. Moody transferring case to Judge Rudy Lozano (cc: all counsel) (efc) (Entered: 07/30/2002) |
| 08/06/2002 | 6 | NOTICE by Judge Rudy Lozano change of plea hearing set for 2:00 p.m. 8/13/02 for Raul Rubio (cc: all counsel) (efc) (Entered: 08/06/2002) |
| 08/12/2002 | 7 | PETITION to enter a change of plea (Rule 20 - no plea agreement) by defendant Raul Rubio (efc) (Entered: 08/12/2002) |
| 08/13/2002 | 8 | MINUTES: PLEA IN THE BLIND entered on 8/13/02 before Judge Rudy Lozano. Govt is present by Toi D. Houston, AUSA. Deft is present in custody and with cnsl H Jay Stevens. USPO David Beier in Court. Deft's guilty plea entered as to count(s): one . Court now accepts deft's plea of guilty and he is adjudged guilty of the charges contained in count one. Sentencing set for 12:30 10/24/02 for Raul Rubio before Judge Rudy Lozano . Deft is remanded to the custody of the USM pending sentencing hrg. Julie Churchill, Court Reporter (imr) (Entered: 08/15/2002) |
| 10/24/2002 | 9 | MINUTES: Sentencing Hrg hld on 10/24/02 before Judge Rudy Lozano. Govt is represented by Toi Houston, AUSA. Deft is present and with cnsl H. Jay Stevens. USPO David Beier in Court. Court sentencing Raul Rubio (1) count(s) 1. deft is hereby committed to the custody of the BOP to be imprisoned for a term of 87 mos for each of docket numbers 2:01 cr 132 and 2:02 cr 50-01. Terms of inprisonment to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 yrs on each of docket number 2:01 132-01 and 2:02 cr 50-01, to be served concurrently. Deft to pay a special assessment of $200 due immed. No fine imposed. Deft is remanded to the custody of the USM for imposition of sentence. Julie Churchill, Court Reporter (imr) (Entered: 10/31/2002) |
| 10/24/2002 | 10 | JUDGMENT and Commitment issued to U.S. Marshal as to Raul Rubio case terminated, by Judge Rudy Lozano (cc: all cnsl,USM,USPO) (kjp) (Entered: 11/07/2002) |
| 12/19/2002 | 11 | JUDGMENT and Commitment returned executed on 12/12/02 as to Raul Rubio (1) count(s) 1; Name of Institution: FCI at Milan, MI (efc) |

| | | |
|---|---|---|
| | | (Entered: 12/20/2002) |
| 12/20/2007 | 🔵 12 | ORDER TRANSFERRING JURISDICTION as to Raul Rubio upon the acceptance by Court of USDC Northern District of Illinois. Signed by Judge Rudy Lozano on 12/20/07. (sda) (Entered: 12/27/2007) |
| 02/13/2008 | 🔵 13 | ORDER Probation Jurisdiction Transferred to Norther District of Illinois as to Raul Rubio Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (kjp) (Entered: 02/14/2008) |

TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
### CRIMINAL DOCKET FOR CASE #: 2:01-cr-00132-RL-APR-1
### Internal Use Only

Case title: USA v. Rubio
Magistrate judge case number: 2:01-mj-01129

Date Filed: 08/15/2001
Date Terminated: 10/24/2002

Assigned to: Judge Rudy Lozano
Referred to: Magistrate Judge Andrew P Rodovich

**Defendant (1)**

**Raul Rubio**
*TERMINATED: 10/24/2002*

represented by **H Jay Stevens - FCD**
Federal Community Defenders Inc - SB/IN
Northern District of Indiana
227 S Main St Suite 100
South Bend, IN 46601
574-245-7393
Fax: 574-245-7394
Email: jay_stevens@fd.org
*TERMINATED: 10/24/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By: [signature]
DEPUTY CLERK
Date: 2/14/08

**Pending Counts**

21:841(a)(1) & 18:2 POSSESSION WITN INTENT TO DISTRIBUTE COCAINE and AIDING & ABETTING
(1)

**Disposition**

deft is hereby committed to the custody of the BOP to be imprisoned for a term of 87 mos. on count 1 for each of docket numbers 2:01 cr 132 and 2:02 cr 50-01. Terms of imprisonment to be served concurrently. Upon release from imprisonment, the deft sh all be placed on supervised release for a term of 5 yrs on each of docket number 2:01 cr 132-01 and 2:02 cr 50-01, to be served concurrently. Deft to pay a special assessment of $200 due immed. No fine imposed. Deft is remanded to the custody of the USM for imposition of sentence. Julie churchill, Court Reporter

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

### Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff

**United States of America**
*TERMINATED: 10/24/2002*

represented by **Toi Denise Houston - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: toi.houston@usdoj.gov
*TERMINATED: 10/24/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2001 | 1 | COMPLAINT against Raul Rubio filed by Brian Mariana SA/DEA signed by Mag Judge Andrew P. Rodovich [ 2:01-m -1129 ] (jrh) (Entered: 07/31/2001) |
| 07/31/2001 | | ARREST Warrant issued for Raul Rubio by Mag Judge Andrew P. Rodovich [ 2:01-m -1129 ] (jrh) (Entered: 07/31/2001) |
| 07/31/2001 | 2 | MOTION to seal case until further order of Court by USA as to Raul Rubio [ 2:01-m -1129 ] (jrh) (Entered: 07/31/2001) |
| 07/31/2001 | 3 | ORDER by Mag Judge Andrew P. Rodovich granting motion to seal case until further order of Court [2-1] sealing case (cc: all counsel) [ 2:01-m -1129 ] (jrh) (Entered: 07/31/2001) |
| 07/31/2001 | | ARREST of defendant Raul Rubio on 7/31/01 [ 2:01-m -1129 ] (jrh) (Entered: 07/31/2001) |
| 07/31/2001 | 4 | MINUTES: INITIAL APPEARANCE held 7/31/01 before Mag Judge Andrew P. Rodovich. initial appearance of Raul Rubio ; without counsel. Govt rep by Joseph Cooley, AUSA. Eric Johnston, PTS. Dft Req Crt- |

| | | |
|---|---|---|
| | | appt cnsl. Granted. Govt moves for Detention. Granted. ;preliminary exam set for 3:30 8/2/01 ;Detention hearing set for 3:30 8/2/01 for Raul Rubio . Dft REMANDED. [ 2:01-m -1129 ] (jrh) (Entered: 07/31/2001) |
| 07/31/2001 | 5 | ARREST Warrant returned executed as to Raul Rubio on 7/31/01 [ 2:01-m -1129 ] (jrh) (Entered: 07/31/2001) |
| 08/02/2001 | 6 | APPEARANCE for defendant Raul Rubio by Attorney H Jay Stevens [ 2:01-m -1129 ] (sealed) (Entered: 08/03/2001) |
| 08/02/2001 | 7 | MINUTES: DETENTION & PROBABLE CAUSE HEARING held 8/2/01 before Mag Judge Andrew P. Rodovich. Dft Raul Rubio appears in person and by cnsl Jay Stevens. Govt rep by Toi Houston, AUSA. Eric Johnston, PTS. Dft WAIVES detention hearing. Parties present evidence as to probable cause. Crt finds probable cause to believe dft committed offense as alleged in complaint. Dft bound over for further proceedings before Dist Crt. Dft Ordered held without bond. Case remains sealed. ;arraignment set for 8:30 8/27/01 for Raul Rubio before Mag Judge Andrew P. Rodovich . Dft REMANDED. [ 2:01-m -1129 ] (sealed) (Entered: 08/03/2001) |
| 08/02/2001 | 8 | EXHIBIT/WITNESS list - defendant Raul Rubio, plaintiff USA of hearing held 8/2/01 [ 2:01-m -1129 ] (sealed) (Entered: 08/03/2001) |
| 08/15/2001 | 11 | INDICTMENT by USA. Counts filed against Raul Rubio (1) count(s) 1 (kjp) (Entered: 08/23/2001) |
| 08/15/2001 | 12 | PRAECIPE:For a criminal warrant by plaintiff USA. Warrant issued on 8/16/01. (kjp) (Entered: 08/23/2001) |
| 08/17/2001 | 13 | ARREST Warrant returned executed as to Raul Rubio on 8/16/01 (kjp) (Entered: 08/23/2001) |
| 08/22/2001 | 9 | MOTION to unseal case by USA as to Raul Rubio [ 2:01-m -1129 ] (sealed) (Entered: 08/23/2001) |
| 08/23/2001 | 10 | ORDER by Mag Judge Andrew P. Rodovich granting motion to unseal case [9-1] case unsealed (cc: all counsel) [ 2:01-m -1129 ] (sealed) (Entered: 08/23/2001) |
| 08/23/2001 | 14 | ORDER by Mag Judge Andrew P. Rodovich dismissing counts as to Raul Rubio (1) count(s) cmp. Pursuant to Rule 48(a) of the FRCrimP and by leave of court endorsed hereon, the US Atty hereby dismisses the criminal complaint against Raul Rubio, dft (cc: all counsel) (kjp) (Entered: 08/23/2001) |
| 08/27/2001 | 15 | MINUTES: ARRAIGNMENT held 8/27/01 before Mag Judge Andrew P. Rodovich. Dft Raul Rubio appears in person and by cnsl Jay Stevens. Govt rep by Jonathan Marks, AUSA. dft Raul Rubio arraigned; NOT GUILTY plea entered; ; . Dft REMANDED. (jrh) (Entered: 08/27/2001) |
| 08/27/2001 | 16 | ORDER by Mag Judge Andrew P. Rodovich ;pretrial conf set for 1:45 10/5/01 for Raul Rubio before Mag Judge Andrew P. Rodovich ; pretrial motions due on 9/7/01 for Raul Rubio ; jury trial set for 8:30 10/22/01 for |

|  |  | Raul Rubio before Judge Rudy Lozano as a 4th criminal setting , (cc: all counsel) (kjp) (Entered: 08/27/2001) |
|---|---|---|
| 09/10/2001 | 17 | MOTION to extend time to file pretrial motions by Raul Rubio (kjp) (Entered: 09/10/2001) |
| 09/11/2001 | 18 | ORDER by Mag Judge Andrew P. Rodovich granting motion to extend time to file pretrial motions [17-1] ; pretrial motions due on 9/20/01 for Raul Rubio , (cc: all counsel) (kjp) (Entered: 09/12/2001) |
| 09/28/2001 | 19 | NOTICE of intent to use expert witness by plaintiff USA (kjp) (Entered: 09/28/2001) |
| 09/28/2001 | 20 | MOTION in limine to prohibit the presentation of argument or evidence regarding plea offers & negotiations by USA as to Raul Rubio (kjp) (Entered: 09/28/2001) |
| 09/28/2001 | 21 | MOTION in limine to prohibit the presentation of argument or evidence in support of jury nullification by USA as to Raul Rubio (kjp) (Entered: 09/28/2001) |
| 09/28/2001 | 22 | STATEMENT OF THE CASE (kjp) (Entered: 09/28/2001) |
| 09/28/2001 | 23 | Requested JURY Instructions by plaintiff USA (kjp) (Entered: 09/28/2001) |
| 09/28/2001 | 24 | NOTICE of intent to introduce 404(b) evidence by plaintiff USA (kjp) (Entered: 09/28/2001) |
| 10/05/2001 | 25 | MINUTES:Pretrial conf held before Mag Judge Andrew P. Rodovich. Parties indicate that a plea agreement will be filed (cc: all counsel) (kjp) (Entered: 10/11/2001) |
| 10/12/2001 | 26 | MINUTES: before Judge Rudy Lozano ;change of plea hearing set for 9:00 10/17/01 for Raul Rubio (cc: all counsel) (kjp) (Entered: 10/12/2001) |
| 10/17/2001 | 27 | MINUTES: Entry of Plea Hrg hld on 10/17/01 before Judge Rudy Lozano. Govt prnst by Toi Houston, AUSA. Deft is present in custody and with cnsl H. Jay Stevens. USPO Melinda Page in Court. Deft's Plea of Guilty entered as to count(s): one , without a written plea agreement. Court now accepts deft's guilty plea and he is now adjudged guilty of the charges contained in count one. Sentencing set for 2/1/02 for Raul Rubio before Judge Rudy Lozano Deft is remand. USM to produce deft for said proceeding. Julie Churchill, Court Reporter (imr) (Entered: 10/18/2001) |
| 01/30/2002 | 28 | MOTION to resched sentencing by Raul Rubio (kjp) (Entered: 01/31/2002) |
| 01/31/2002 | 29 | ORDER by Judge Rudy Lozano granting motion to resched sentencing [28-1] ;sentencing reset for 9:00 2/12/02 for Raul Rubio Rec'd by Clerk on 2/7/02 (cc: all counsel) (kjp) (Entered: 02/07/2002) |
| 02/11/2002 | 30 | MOTION to continue sentencing by USA as to Raul Rubio (kjp) (Entered: 02/12/2002) |

| 02/28/2002 | 31 | ORDER by Judge Rudy Lozano granting motion to continue sentencing [30-1] ;sentencing reset for 9:00 3/19/02 for Raul Rubio (cc: all counsel) (kjp) (Entered: 02/28/2002) |
| --- | --- | --- |
| 03/21/2002 | 32 | MOTION to continue sentencing by USA as to Raul Rubio (kjp) (Entered: 03/22/2002) |
| 03/21/2002 | 33 | ORDER by Judge Rudy Lozano granting motion to continue sentencing [32-1] ;sentencing reset for 9:00 3/25/02 for Raul Rubio (cc: all counsel notified by chambers) (kjp) (Entered: 03/22/2002) |
| 05/21/2002 | 34 | MOTION to continue sentencing for 60 days by Raul Rubio (plm) (Entered: 05/21/2002) |
| 05/21/2002 | 35 | ORDER by Judge Rudy Lozano granting motion to continue sentencing [34-1] ; sentencing reset for 9:00 a.m. 7/26/02 for Raul Rubio (cc: all counsel) (efc) (Entered: 05/22/2002) |
| 07/19/2002 | 36 | Unopposed MOTION to continue sentencing for an additional 60 days by Raul Rubio (kjp) (Entered: 07/19/2002) |
| 07/19/2002 | 37 | ORDER by Judge Rudy Lozano granting motion to continue sentencing for an additional 60 days [36-1] ;sentencing reset for 12:30 10/24/02 for Raul Rubio (cc: all counsel) (kjp) (Entered: 07/22/2002) |
| 10/24/2002 | 38 | MINUTES: Sentencing Hrg hld on 10/24/02 before Judge Rudy Lozano. Govt is represented by Toi Houstin, AUSA. Deft is present and with cnsl H. Jay stevens. USPO David Beier in Court. Court sentencing Raul Rubio (1) count(s) 1. deft is hereby committed to the custody of the BOP to be imprisoned for a term of 87 mos. on count 1 for each of docket numbers 2:01 cr 132 and 2:02 cr 50-01. Terms of imprisonment to be concurrently. Upon release from imprisonment, the deft shall be placed on supervised release for a term of 5 yrs each of docket number 2:01 cr 132-01 and 2:02 cr 50-01, to be served concurrently. Deft to pay a special assessment of $200 due immed. No fine imposed. Deft is remanded to the custody of the USM for imposition of sentence. Julie churchill, Court Reporter (imr) (Entered: 11/06/2002) |
| 10/24/2002 | 39 | JUDGMENT and Commitment issued to U.S. Marshal as to Raul Rubio terminating party Raul Rubio, party USA , case terminated by Judge Rudy Lozano (cc: all cnsl,USM,USPO) (kjp) (Entered: 11/07/2002) |
| 01/15/2003 | | PSI Report returned to USPO on 1/15/03 for defendant Raul Rubio (imr) (Entered: 01/15/2003) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| RAUL RUBIO | ) | 21 U.S.C. § 841(a)(1) |
| | ) | |

RECEIVED AUG 15 2001 U.S. PROBATION OFFICE HAMMOND, IN

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 30, 2001, in the Northern District of Indiana, Hammond Division, and elsewhere,

**RAUL RUBIO,**

defendant herein, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

I hereby certify that the foregoing is a true copy of the original on file in this court and cause.

STEPHEN R. LUDWIG, CLERK
By: _____ DEPUTY CLERK
8/14/02

DAVID CAPP
UNITED STATES ATTORNEY

By: _____
Toi Denise Houston
Assistant United States Attorney



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on
or After November 1, 1987)

UNITED STATES OF AMERICA )
                         )
        v.               )    Cause No. *2:01 cr 132-01*
                         )
RAUL RUBIO               )    H. Jay Stevens
        Defendant )            Attorney for Defendant

*THE DEFENDANT* Raul Rubio
(x) pleaded guilty to *Count(1)*.
( ) was found guilty on Count(s) after a plea of not guilty.
(x) The defendant entered a plea of guilty on 10/17/01, without a written plea agr**eement**.

Accordingly, the defendant is adjudged guilty of such Count, which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21:841(a)(1) | *Possession with intent to distribute 500 grams or more of cocaine* | 7/30/01 | one |

Defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
[ ] The defendant has been found not guilty on Count(s), and is discharged as to such Count(s).
[ ] Count(s) are dismissed on motion of the United States.
[x] It is ordered that defendant shall pay to the United States a special assessment of *$100, for Count(1)*, which shall be due **immediately** as follows: payable to Clerk, U.S. District Court, 5400 Federal Plaza, Hammond, Indiana 46320.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district, within 30 days, of any change of name, residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

Defendant:  Raul Rubio            Judgment- Page 2 of 5
Cause No.:  2:02 cr 132-01

October 24, 2002
Date of Imposition of Sentence

Hon. Rudy Lozano, Judge

United States District Court

11/7/02
Date

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA**
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By: _____
DEPUTY CLERK
Date: 2/14/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By: _____
DEPUTY CLERK
Date: Nov 7, 2002

*Defendant: Raul Rubio*  *Judgment - Page 3 of 5*
*Cause No.: 2:01 cr 132-01*

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for *a term of eight-seven months for each of docket numbers 2:01 cr 132-01 and 2:02 cr 50-01, all such terms to run concurrently.*

[x]  The Court makes the following recommendations to the Bureau of Prisons:

   The Defendant be given credit for time served.

   The defendant be placed in a facility close to the Chicagoland area to enable family visitation.

   The defendant be enrolled in a drug rehabilitation program.

   The defendant be considered for placement in a boot camp facility when and if he becomes eligible.

[x]  The defendant is remanded to the custody of the U.S. Marshal.
[ ]  The defendant shall surrender to the U.S. Marshal for this district at          on
[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons, before **12:00 Noon** on , as notified by the U.S. Marshal or U.S. Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

   Defendant delivered on _____ to _____
_____
at _____, with a certified copy of this Judgment.

                                   _____
                                   United States Marshal

                              By:_____
                                   Deputy Marshal

Defendant: Raul Rubio                          Judgment - Page 4 of 5
Cause No.: 2:01 cr 132-01

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five years on each of docket numbers 2:01 cr 132-01 and 2:02 cr 50-01, to be served concurrently.

While on supervised release, the defendant shall not commit another federal, state or local crime, shall comply with the 15 standard conditions that have been adopted by this court. If this Judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release.

### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition the defendant:

1) shall not leave the judicial district without the permission of the court or probation officer;
2) shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) shall support his or her dependents and meet other family responsibilities;
5) shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) shall notify the probation officer within 72 hours of any change in residence or employment;
7) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

Defendant: Raul Rubio  
Cause No.: 2:01 cr 132-01  
Judgment page 5 of 5

12) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14) The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15) The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines or special assessments.

**The defendant shall comply with the following additional conditions:**

*The defendant shall submit to one drug urinalysis with 15 days after being placed on supervision and two periodic tests thereafter.*

*The defendant shall not possess a firearm or destructive device.*

*The defendant shall participate in a drug aftercare treatment program which may include urine testing a co-payment plan at the direction and discretion of the probation officer.*

*As part of the co-payment program, the defendant will be held responsible for 3% per $100.00 of his net wages as determined by the probation office.*

*If the defendant is unemployed or receiving public assistance, the defendant will be held responsible for a co-payment of $10.00 per month. Payments are to be made on a per visit basis.*

*While under supervision, the defendant shall not consume alcoholic beverages or any mood altering substances, which overrides the "no excessive use of alcohol" language in Standard Condition #7.*